William L. CLAY et al., Plaintiffs-Appellants,

v.

DOMINION OF CANADA, Defendant.

William L. CLAY, Jr., Plaintiff-Appellant,

v.

DOMINION OF CANADA, Defendant.

Angelo R. SANTORA, Plaintiff-Appellant,

v.

HER MAJESTY, ELIZABETH, as of right QUEEN OF CANADA, and Canada, Defendants.

Arthur SHAUGHNESSY and Anne Shaughnessy, Plaintiffs-Appellants,

v.

HER MAJESTY, ELIZABETH, QUEEN OF CANADA, and Canada, Defendants.

Nos. 139–142, Docket 24208–24211.

United States Court of Appeals
Second Circuit.

Argued Dec. 7, 1956.

Decided Dec. 7, 1956.

John W. Guzzetta, Mount Vernon, N. Y. (William L. Clay, Rochester, N. Y., on the brief), for plaintiffs-appellants.

Inzer B. Wyatt, New York City (Sullivan & Cromwell, New York City, on the brief), for Arnold D. P. Heeney, Ambassador of Canada to United States, as amicus curiæ.

Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.

PER CURIAM.

Judgments affirmed in open court. 144 F.Supp. 746.

Theodore GREEN, Defendant, Appellant,

v.

UNITED STATES of America, Appellee.

No. 5140.

United States Court of Appeals
First Circuit.

Dec. 10, 1956.

Theodore Green, pro se, on brief.

William J. Koen, Asst. U. S. Atty., Boston, Mass., with whom Anthony Julian, U. S. Atty., Boston, Mass., and Charles F. Barrett, Asst. U. S. Atty., Cambridge, Mass., were on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

A judgment will be entered affirming the judgment of the District Court.